HARRY E. MACGOWAN, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30327.)   HAZEL KROSS, as Administratrix of the Estate of WALTER M. KROSS, Deceased, Appellant, v. STATE OF NEW YORK, Respondent.   (Claim No. 30341.)   MICHAEL J. O'HEANEY, as Administrator of the Estate of VINCENT J. O'HEANEY, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31265.) —

Judgments unanimously affirmed, without costs.   Present — Bergan, J. P., Coon, Halpern, Imrie and Zeller, JJ.